IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BYRON HUANG, CHIU HEI NG, AND LIQIANG SUN, <br><br> Plaintiffs, <br><br> v. <br><br> RUI ZHAO, a/k/a Jimmy Zhao, CHONG YAN HAN, HUI ZHOU WEI, a/k/a Karen Wei, AMERICA CHINESE RESTAURANT ALLIANCE, INC., TASTE OF CHINA MAGAZINE, LLC, CHINESE RESTAURANT BUSINESS GROUP, INC., ACRA MEDIA GROUP, LLC, AND RED GINGER GROUP, LLC, <br><br> Defendants | § § § § § § § § § § § § § § § § § <br><br> Civil Action No. 4:15-cv-3292 <br><br> Jury |

## PLAINTIFFS' JURY DEMAND

Plaintiffs demand trial by jury in this matter.

Respectfully submitted,

/s/ *Daniel W. Jackson*

Daniel W. Jackson, SBN 00796817
S.D. of Texas No. 20462
3900 Essex Lane, Suite 1116
Houston, Texas  77027
(713) 522-4435
(713) 527-8850 – fax
daniel@jacksonlaw-tx.com

Attorney-in-charge for Plaintiffs

Plaintiffs' Jury Demand

OF COUNSEL:

THE JACKSON LAW FIRM
Scott K. Vastine, SBN 24056469
S.D. of Texas No. 743194
3900 Essex Lane, Suite 1116
Houston, Texas  77027
(713) 522-4435
(713) 527-8850 – fax
scott@jacksonlaw-tx.com

## CERTIFICATE OF SERVICE

  I certify that a copy of the foregoing document has been served on counsel of record through the federal court electronic filing system on November 23, 2015:

Daniel DeSouza
DeSouza Law, P.A.
101 NE Third Avenue, Suite 1500
Fort Lauderdale, FL  33301

**DDesouza@desouzalaw.com**

              /s/ *Daniel W. Jackson*
              Daniel W. Jackson